✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Oct 01, 2019

SEAN F. McAVOY, CLERK

U.S.A. vs.          Schultz, Jenna Mae          Docket No.          2:18CR00202-SMJ-2

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jenna Mae Schultz, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 12th day of February 2019, under the following conditions:

**Standard Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Additional Condition #27:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.  Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jenna Mae Schultz is alleged to have smoked methamphetamine on September 24, 2019.

On February 13, 2019, the conditions of pretrial release supervision were reviewed with Ms. Schultz.  She acknowledged an understanding of her conditions, which included standard condition number 9.

On September 26, 2019, Ms. Schultz reported to the U.S. Probation Office and provided a urine specimen that tested presumptive positive for the presence of methamphetamine.  Ms. Schultz admitted to smoking methamphetamine on September 24, 2019.  Subsequently, Ms. Schultz signed a substance abuse admission form acknowledging her use of methamphetamine.

**Violation #2:** Jenna Mae Schultz is alleged to have failed to report for random drug testing on September 20, 2019.

On February 13, 2019, the conditions of pretrial release supervision were reviewed with Ms. Schultz.  She acknowledged an understanding of her conditions, which included additional condition number 27.

On February 13, Ms. Schultz was referred to the phase urinalysis testing program at Pioneer Human Services (PHS).  Ms. Schultz was instructed to contact PHS on a daily basis to determine if she was required to submit to random drug testing.

On September 20, 2019, Ms. Schultz failed to report for random drug testing at PHS.

**PS-8**
**Re: Schultz,, Jenna Mae**
**October 1, 2019**
**Page 2**

## PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:      October 1, 2019 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
        petition with the other violations pending before the
        Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_m. k. Dimke_

Signature of Judicial Officer

10/1/2019

Date