UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2019

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Schultz, Jenna Mae | Docket No. | 2:18CR00202-SMJ-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Jenna Mae Schultz, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 12th day of February 2019, under the following conditions:

<u>**Standard Condition #9:**</u> Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

<u>**Additional Condition #27:**</u> Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through Pretrial Services, and shall not exceed six (6) times per month.  Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

<u>**Violation #3:**</u> Jenna Mae Schultz is alleged to have smoked methamphetamine and heroin daily from October 11, through October 15, 2019.  Ms. Schultz is also alleged to have ingested heroin sporadically since September 26, 2019.

On February 13, 2019, the conditions of pretrial release supervision were reviewed with Ms. Schultz.  She acknowledged an understanding of her conditions, which included standard condition number 9.

On October 15, 2019, Ms. Schultz reported to the U.S. Probation Office and attempted to obstruct with the efficiency of her urinalysis testing by using a device to provide another person's urine and representing the bodily fluid as her own. U.S. probation officer (USPO) Amber Andrade attempted to collect the urine specimen from Ms. Schultz, at which time she suspected Ms. Schultz was attempting to use a device to circumvent the drug screening procedure.  Upon being confronted by USPO Andrade and the undersigned officer on multiple occasions, Ms. Schultz admitted to using a device to obstruct the drug testing process. Ms. Schultz admitted she had smoked methamphetamine and heroin daily between October 11, through October 15, 2019.  In addition, Ms. Schultz admitted she had ingested heroin sporadically since September 26, 2019. Subsequently, Ms. Schultz signed a substance abuse admission form acknowledging her use of heroin and methamphetamine.

<u>**Violation #4:**</u> Jenna Mae Schultz is alleged to have attempted to obstruct or tamper with the efficiency and accuracy of urinalysis testing on October 15, 2019.

On February 13, 2019, the conditions of pretrial release supervision were reviewed with Ms. Schultz.  She  acknowledged an understanding of her conditions, which included additional condition #27.

On October 15, 2019, Ms. Schultz reported to the U.S. Probation Office and attempted to use a device to introduce another person's urine in order to pass her drug screening test.  As noted in violation number 3, Ms. Schultz admitted she used this device to circumvent the drug screening process due to her recent use of heroin and methamphetamine. Ms. Schultz admitted the bodily fluid she had attempted to represent as her own was given to her by a friend.

PS-8

Re: Schultz, Jenna Mae
October 16, 2019
Page 2

PRAYING THAT THE COURT WILL ORDER A WARRANT AND WILL INCORPORATE THE ABOVE
VIOLATIONS WITH VIOLATIONS PREVIOUSLY REPORTED TO THE COURT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: October 16, 2019 |
| by | s/Erik Carlson |
|  | Erik Carlson<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

October 16, 2019
Date